IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IKE J. EASLEY, JR., Inmate #N-21627, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 11-cv-0078-MJR-SCW |
| ) | |
| MICHAEL V. NEAL, ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM AND ORDER**

**REAGAN, District Judge:**

Defendant, Michael V. Neal, has yet to be served. On May 24, 2011, the Court extended the time for service, ordering Plaintiff to provide additional information to the Clerk of Court to identify Neal on or before June 23, 2011 (Doc. 10). On July 5, 2011, the Court again extended the time for service to August 4, 2011 as it appeared the Plaintiff was attempting to obtain contact information as to Neal (Doc. 12). The Court's July 5, 2011 Order informed Plaintiff that failure to identify or serve Neal would result in his dismissal without prejudice from this action. The extended time afforded by the Court has elapsed. Plaintiff failed to provide the Clerk of Court with any further information as ordered. Michael V. Neal is therefore **DISMISSED** from this action without prejudice pursuant to Federal Rule of Civil Procedure 4(m).

Accordingly, as Defendant Neal is the last remaining defendant, this case is **HEREBY DISMISSED** without prejudice. The Clerk is **DIRECTED** to **CLOSE** this case.

IT IS SO ORDERED.

DATED: 8/9/2011

                                                s/ MICHAEL J. REAGAN
                                                MICHAEL J. REAGAN
                                                United States District Judge